| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the: __Northern__ District of __California__ (State) |
| Case number (If known): _____ Chapter __11__ |

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual                              12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

---

**Part 1:  Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed**

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ☐ Chapter 7
   ■ Chapter 11

---

**Part 2:  Identify the Debtor**

2. **Debtor's name**  Liftopia, Inc.

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   2 0 – 2 9 2 9 5 7 2
   EIN

5. **Debtor's address**

   **Principal place of business**

   1061  Market Street
   Number  Street

   4th Floor

   San Francisco     CA    94103
   City              State  ZIP Code

   San Francisco
   County

   **Mailing address, if different**

   _____
   Number   Street

   _____
   P.O. Box

   _____  _____  _____
   City              State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number   Street

   _____

   _____  _____  _____
   City              State   ZIP Code

---

Official Form 205                        Involuntary Petition Against a Non-Individual                        page 1

Debtor  Liftopia, Inc.  Case number (if known) _____
        Name

6. **Debtor's website** (URL)   www.liftopia.com

7. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**

   Check one:
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☒ None of the types of business listed.
   ☐ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

   ☒ No
   ☐ Yes. Debtor _____  Relationship _____
        District _____ Date filed _____ Case number, if known _____
                                MM / DD / YYYY

        Debtor _____  Relationship _____
        District _____ Date filed _____ Case number, if known _____
                                MM / DD / YYYY

## Part 3: Report About the Case

10. **Venue**

    Check one:
    ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*

    ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

    ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**

    ☒ No
    ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor: Liftopia, Inc.  
Case number (if known): _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Please see Attachment A | | $ |
| | | $ |
| | | $ |
| | Total of petitioners' claims | $ |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner  
Aspen Skiing Company, L.L.C. as Managing Member of the Mountain Collective  
Name  
P.O. Box 1248  
Number Street  
Aspen    CO    81612  
City    State    ZIP Code

Name and mailing address of petitioner's representative, if any  

I declare under penalty of perjury that the foregoing is true and correct.  
Executed on 06/01/2020

X _____ SVP, RE+CLO  
Signature of petitioner or representative, including representative's title

**Attorneys**

Joshua Morse  
Printed name  
Pillsbury Winthrop Shaw Pittman LLP  
Firm name, if any  
Four Embarcadero Center, 22nd Floor  
Number Street  
San Francisco    CA    94111  
City    State    ZIP Code  
Contact phone 415-983-1000    Email Joshua.Morse@Pillsburylaw.com  
Bar number 211050  
State CA

X _____  
Signature of attorney  
Date signed 06/02/2020

Official Form 205 — Involuntary Petition Against a Non-Individual — page 3

Debtor: **Liftopia, Inc.**
Name

Case number (if known) _____

**Name and mailing address of petitioner**

**Alterra Mountain Company**
Name

3501 Wazee St #400
Number   Street

Denver                    CO         80216
City                      State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number   Street

City                      State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/02/2020
           MM / DD / YYYY

x _____/s/_____  John Waas auth.
                 for K. Sanford EVP/CLO
Signature of petitioner or representative, including representative's title

---

Joshua Morse
Printed name

Pillsbury Winthrop Shaw Pittman LLP
Firm name, if any

Four Embarcadero Center, 22nd Floor
Number   Street

San Francisco            CA          94111
City                     State       ZIP Code

Contact phone  415-983-1000   Email Joshua.Morse@Pillsburylaw.com

Bar number  211050

State       CA

x _____/s/ Joshua Morse_____
Signature of attorney

Date signed  06/02/2020
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

**Cypress Bowl Recreations Limited Partnership**
Name

P.O. Box 91252
Number   Street

West Vancouver           BC          V7V 3N9
City                     State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number   Street

City                     State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
           MM / DD / YYYY

x _____
Signature of petitioner or representative, including representative's title

---

Joshua Morse
Printed name

Pillsbury Winthrop Shaw Pittman LLP
Firm name, if any

Four Embarcadero Center, 22nd Floor
Number   Street

San Francisco            CA          94111
City                     State       ZIP Code

Contact phone  415-983-1000   Email Joshua.Morse@Pillsburylaw.com

Bar number  211050

State       CA

x _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

Debtor: Liftopia, Inc.  
Case number (if known): _____

**Name and mailing address of petitioner**

Alterra Mountain Company  
Name

3501 Wazee St #400  
Number  Street

Denver  CO  80216  
City  State  ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name: _____

Number  Street: _____

City  State  ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___/___/____  
MM / DD / YYYY

✗ _____  
Signature of petitioner or representative, including representative's title

---

Joshua Morse  
Printed name

Pillsbury Winthrop Shaw Pittman LLP  
Firm name, if any

Four Embarcadero Center, 22nd Floor  
Number  Street

San Francisco  CA  94111  
City  State  ZIP Code

Contact phone: 415-983-1000  Email: Joshua.Morse@Pillsburylaw.com

Bar number: 211050

State: CA

✗ _____  
Signature of attorney

Date signed ___/___/____  
MM / DD / YYYY

---

**Name and mailing address of petitioner**

Cypress Bowl Recreations Limited Partnership  
Name

P.O. Box 91252  
Number  Street

West Vancouver  BC  V7V 3N9  
City  State  ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name: _____

Number  Street: _____

City  State  ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04 02 2020  
MM / DD / YYYY

✗ [signature] General Counsel Boyne USA Inc.  
Signature of petitioner or representative, including representative's title

---

Joshua Morse  
Printed name

Pillsbury Winthrop Shaw Pittman LLP  
Firm name, if any

Four Embarcadero Center, 22nd Floor  
Number  Street

San Francisco  CA  94111  
City  State  ZIP Code

Contact phone: 415-983-1000  Email: Joshua.Morse@Pillsburylaw.com

Bar number: 211050

State: CA

✗ [signature] Josh D. Morse  
Signature of attorney

Date signed 06/02/2020  
MM / DD / YYYY

Debtor: Liftopia, Inc.
Name

Case number (if known) _____

### Name and mailing address of petitioner

Dundee Resort Development LLC d/b/a Arapahoe Basin Ski Area
Name

P.O. Box 5808
Number  Street

Dillon / CO / 80435
City / State / ZIP Code

### Name and mailing address of petitioner's representative, if any

_____ (Name)
_____ (Number Street)
_____ (City / State / ZIP Code)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/01/2020
MM / DD / YYYY

X _[signed]_ COO
Signature of petitioner or representative, including representative's title

---

Joshua Morse
Printed name

Pillsbury Winthrop Shaw Pittman LLP
Firm name, if any

Four Embarcadero Center, 22nd Floor
Number  Street

San Francisco / CA / 94111
City / State / ZIP Code

Contact phone: 415-983-1000
Email: Joshua.Morse@Pillsburylaw.com

Bar number: 211050

State: CA

X _[signed] John D. Morse_
Signature of attorney

Date signed 06/02/2020
MM / DD / YYYY

---

### Name and mailing address of petitioner

_____ (Name)
_____ (Number Street)
_____ (City / State / ZIP Code)

### Name and mailing address of petitioner's representative, if any

_____ (Name)
_____ (Number Street)
_____ (City / State / ZIP Code)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __/__/____
MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

---

Printed name: _____
Firm name, if any: _____
Number Street: _____
City / State / ZIP Code: _____
Contact phone: _____  Email: _____
Bar number: _____
State: _____

X _____
Signature of attorney

Date signed __/__/____
MM / DD / YYYY

# ATTACHMENT A TO INVOLUNTARY PETITION

Debtor  Liftopia, Inc.                     Case number (if known) _____

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | Aspen Skiing Company, L.L.C. as Managing Member of the Mountain Collective | Failure to pay contractual fees | $2,381,613.46 |
| | Alterra Mountain Company | Failure to pay contractual fees | $63,723.99 |
| | Cypress Bowl Recreations Limited Partnership | Failure to pay contractual fees | $395,424.61[1] |
| | Dundee Resort Development LLC d/b/a Arapahoe Basin Ski Area | Failure to pay contractual fees | $175,704.83 |
| | | Total of petitioners' claims | $3,016,466.89 |

---

[1] 534,628.51 CAD at exchange rate of 1 CAD = 0.739625 USD.